UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Lawrence J. O'Neill
United States District Judge
Fresno, California

                                                    RE:    Roberto Vasquez-Torres
                                                              Docket Number:   1:06CR00200-10
                                                             <u>Request to Recall Warrant and</u>
                                                             <u>Dismiss Pending Violation Petition</u>

Your Honor:

On April 9, 2007, the offender was sentenced to 63 months Bureau of Prison and 36 months supervised release out of the Eastern District of California for 18 USC 1792, Riot in a Federal Prison. It is noted he was serving a sentence imposed by the Southern District of California under Docket No. 98CR01855-001-MMA. On June 8, 2011, supervised release commenced on both cases.

On September 8, 2011, a Probation Form 12C, Petition for Warrant, was submitted to the Court alleging the offender violated conditions of his supervised release as follows: **Charge 1:** Unlawful Use of Controlled Substances, as the offender provided urine samples on June 13,15, and July 18, 26, 2011, that indicated positive for the use of opiates. On the same date, a no-bail bench warrant was issued. A warrant was also issued on August 19, 2011, in the southern district alleging the same conduct.

On August 25, 2011, the offender was arrested on the southern district's warrant, and on October 11, 2011, supervised release in that case was revoked and he was sentenced to 9 months Bureau of Prisons and 2 years supervised release. The offender is currently on home confinement while in a residential re-entry center in southern California and is scheduled to be discharged from the Bureau of Prisons on May 24, 2012.

Communication between the two districts have concluded that the offender would best be served in his rehabilitation efforts should the Eastern District of California recommend to the Court the recall of the active warrant and dismissal of the pending violation petition, as the offender has already incurred punitive sanctions for the same violation conduct.

The Government has been advised of this request, and offers no objections. Should the Court agree, the offender's supervised release time while incarcerated will be tolled and extended accordingly.

A signature block has been provided for Your Honor's consideration.

This officer can be contacted at 499-5712 should Your Honor have any questions.

RE: Roberto VASQUEZ-TORRES
Docket Number: 1:06CR00200-10
**Request to Withdraw Warrant and
Dismiss Pending Violation Petition**

Respectfully submitted,

/s/ Adam E. Tunison

**ADAM E. TUNISON
United States Probation Officer**

Dated: May 15, 2012
Fresno, California
AET/rla

**REVIEWED BY:** /s/ Hubert J. Alvarez
**HUBERT J. ALVAREZ
Supervising United States Probation Officer**

Attachment(s)
cc: Kevin P. Rooney, AUSA
Mark W. Coleman, Defense Counsel

**THE COURT ORDERS:**

( X ) The Court approves Probation Officer's plan, and recalls the Warrant issued on September 8, 2011 and the pending violation petition, filed on September 8, 2011, is dismissed, in the interest of justice.

IT IS SO ORDERED.

**Dated: May 16, 2012**          /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE